KRISTEN SMITH, Now Known as KRISTEN BURGEOIS, Appellant, v TRAVELERS CASUALTY AND SURETY COMPANY, Respondent, et al., Defendant. (Appeal No. 2.) [53 NYS3d 851]—Appeal from an order of the Supreme Court, Oneida County (Erin P. Gall, J.), entered June 22, 2016. The order denied the motion of plaintiff for leave to renew or reargue.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue is unanimously dismissed (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]) and the order is affirmed without costs for reasons stated at Supreme Court. Present—Peradotto, J.P., Carni, Lindley, Troutman and Scudder, JJ.